# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-13
_____

JOSHUA D. FRANKLIN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

September 15, 2021

PER CURIAM.

The Second Order Striking the Defendant's Second Motion for Postconviction Relief, rendered by the trial court on December 1, 2020, is hereby AFFIRMED.

The petition for Writ of Habeas Corpus, filed September 29, 2020, and transferred to this Court June 11, 2021, is hereby DISMISSED as unauthorized. *See Williams v. Crews*, 111 So. 3d 301, 302 (Fla. 1st DCA 2013).

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Joshua D. Franklin, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.